IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America**,

        Plaintiff,                       Case 3: 13-po- 53

-vs-                                   Magistrate Judge Ovington

**Michael Seiber**,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under Suspension, in violation of the Ohio Revised Code, Section 4510.11 made in Citation R3420360, or Count 1, is hereby AMENDED to a charge of Operating a Vehicle without a Valid Driver's License, in violation of the Ohio Revised Code, Section 4510.12.

IT IS SO ORDERED.

Date: 3/13/19

_____
United States Magistrate Judge

_____
Assistant United States Attorney